IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL ANTHONY SAAVEDRA,                )
                                         )
    Plaintiff(s),                        )   No. C 09-0178 CRB (PR)
                                         )
  v.                                     )   ORDER
                                         )
A. HEDGPETH, et al.,                     )
                                         )
    Defendant(s).                        )
                                         )

    Plaintiff requests a photocopy of the back side of the envelope in which he mailed his complaint to the court. He explains that the back side of the envelope should show the signature of the correctional officer to whom plaintiff gave the complaint for mailing to the court and the date on which plaintiff gave it to the officer, and that this information is relevant to the resolution of defendants' motion to dismiss the complaint as time-barred.

    Unfortunately, the electronic docket for the case only contains a scan of the front side of the envelope in which plaintiff mailed his complaint to the court (see docket doc #1-3). It does not contain a scan of the back side of the envelope. And the original envelope is not part of the record and is no longer available.

    The clerk shall send plaintiff a copy of docket document #1-3 and scan the front and back of all envelopes containing filings from pro se prisoners.

SO ORDERED.

DATED: Jan. 5, 2010

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.09\Saavedra, M1.or2.wpd