UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A SAAVEDRA, | Case Number: CV09-00178 CRB |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| A HEDGPETH et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 8, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael Anthony Saavedra E-07529
Corcoran State Prison
P.O. Box 3481
Corcoran, CA 93212

Dated: January 8, 2010

Richard W. Wieking, Clerk

By: Barbara Espinoza, Deputy Clerk