IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL ANTHONY SAAVEDRA, | ) | |
| Plaintiff(s), | ) | No. C 09-0178 CRB (PR) |
| v. | ) | ORDER |
| A. HEDGPETH, et al., | ) | |
| Defendant(s). | ) | |

Plaintiff has filed a motion for leave to file a motion for reconsideration of the court's order of June 2, 2010 granting in part and denying in part defendants' motion to dismiss.  The court requests that defendants file a response to the motion by no later than August 20, 2010.

SO ORDERED.

DATED: Aug. 5, 2010

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.09\Saavedra, M1.or3.wpd