IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL ANTHONY SAAVEDRA,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>A. HEDGPETH, et al.,<br><br>　　　　　　　　　　　　Defendants. | C 09-0178 CRB<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL CONFIDENTIAL DOCUMENTS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND MOTION FOR IN CAMERA REVIEW |

On November 5, 2010, Defendants filed a motion under Local Rule 79-5 to seal for seventy-five years confidential exhibits attached to the declaration of M. Nilsson filed in support of Defendants' summary-judgment motion. Defendants further requested *in camera* review of these documents. The Court has reviewed Defendants' motion and the declaration filed in support and, good cause appearing, GRANTS Defendants' motion.

Accordingly, IT IS ORDERED that the confidential exhibits attached to the declaration of M. Nilsson submitted in support of Defendants' summary-judgment motion are to be filed under seal in their entirety. Each of the aforementioned documents will be reviewed by the Court *in camera* and shall not be disclosed to Plaintiff or made part of any public record for seventy-five years.

Dated: Nov. 10, 2010

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SF2009202306
20368211.doc

1

[Proposed] Order Granting Defs.' Admin. Mot. File Docs. Under Seal (C 09-0178 CRB)