UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| MICHAEL ANTHONY SAAVEDRA, | No. 3:09-CV-00178 CRB (NJV) |
| Plaintiff, | NOTICE AND ORDER VACATING SETTLEMENT CONFERENCE |
| v. | |
| A. HEDGPETH, et al., | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the settlement conference scheduled in this matter for November 16, 2011, at Solano State Prison is VACATED due to Plaintiff's status as a SHU prisoner. The settlement conference will be rescheduled to occur at Corcoran State Prison.

IT IS SO ORDERED.

Dated: September 30, 2011

_____
NANDOR J. VADAS
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| MICHAEL ANTHONY SAAVEDRA, | No. 3:09-CV-00178 CRB (NJV) |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| A. HEDGPETH, et al., | |
| Defendants. | |

I, the undersigned, hereby certify that on September 30, 2011, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Michael Anthony Saavedra
E-07529
Corcoran State Prison
4B-4L-52
P.O. Box 3481
Corcoran, CA 93212

/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas

2