IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL ANTHONY SAAVEDRA, | ) ) ) | No. C 09-0178 CRB (PR) |
| Plaintiff, | ) ) ) | ORDER APPOINTING PRO BONO COUNSEL FOR PLAINTIFF |
| vs. | ) ) | |
| A. HEDGPETH, et al., | ) ) | |
| Defendants. | ) ) ) | |

In an order entered January 18, 2012, the court granted plaintiff's motion for appointment of counsel and asked the Federal Pro Bono Project of the Volunteer Legal Services Program (VLSP) to find a volunteer attorney to represent him.

The VLSP has informed the court that David Bickham and Tiffany Bui of the Reed Smith law firm, San Francisco, have agreed to serve as appointed pro bono counsel for plaintiff.  The court is grateful for the firm's interest and commitment.  David Bickham and Tiffany Bui are hereby APPOINTED as counsel for plaintiff pursuant to 28 U.S.C. § 1915(e)(1) and the court's Federal Pro Bono Project guidelines.

The clerk shall set this matter for a case management conference within 90 days of this order.

SO ORDERED.

DATED:  Feb. 10, 2012

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.09\Saavedra, M1.name counsel.wpd