**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| MICHAEL ANTHONY SAAVEDRA, | No. 3:09-CV-00178 CRB (NJV) |
| Plaintiff, | ORDER SETTING STATUS CONFERENCE AND REQUIRING COUNSEL TO MEET AND CONFER |
| v. | |
| A. HEDGPETH, et al., | |
| Defendants. | |
| _____/ | |

This matter has been referred to the undersigned for a further settlement conference. Accordingly, Counsel are HEREBY ORDERED to meet and confer to discuss settlement of this case. The matter is set for a telephonic status conference on Tuesday, July 10, 2012, at 10:30 a.m. At the status conference, Counsel shall report on the outcome of their meeting regarding settlement. To attend the telephonic status conference, Counsel shall dial 888-684-8852, enter access code 1868782 and security code 7416.

IT IS SO ORDERED.

Dated: June 13, 2012

_____
NANDOR J. VADAS
United States Magistrate Judge