J. David Bickham (SBN 145449)
Email:  dbickham@reedsmith.com
Alicia A. Adornato (SBN 254228)
Email:  aadornato@reedsmith.com
Tiffany M. Bui (SBN 281339)
Email:  tbui@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA  94105-3659
Telephone:     +1 415 543 8700
Facsimile:      +1 415 391 8269

Attorneys for Plaintiff
MICHAEL ANTHONY SAAVEDRA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL ANTHONY SAAVEDRA,<br><br>             Plaintiff,<br><br>      vs.<br><br>A. HEDGPETH, et al.,<br><br>             Defendants.. | Case No. C-09-0178 CRB (PR)<br><br>**PARTIES' STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Date:         June 22, 2012<br>Time:        8:30 a.m.<br>Place:        Courtroom 8<br>                    19th Floor<br><br>Complaint Filed:<br><br><br>Honorable Charles R. Breyer |

1  Plaintiff Michael Anthony Saavedra ("Plaintiff") and Defendants Anthony Hedgpeth, et al.
2  ("Defendants") (collectively, "the parties") hereby submit this Stipulation and [Proposed] Order to
3  Continue the Case Management Conference currently scheduled for June 22, 2012.

## **STIPULATION**

WHEREAS, at the April 22, 2012 Case Management Conference, the Court ordered the parties to attend a settlement conference before Magistrate Judge Vadas;

WHEREAS, because of that reference to a settlement conference, the Court continued the April 22 Case Management Conference to June 22, 2012;

WHEREAS, the parties have not yet attended this settlement conference;

WHEREAS, on June 13, 2012, Magistrate Judge Vadas issued an order regarding the settlement conference instructing counsel to meet and confer to discuss settlement and setting a telephonic status conference for Tuesday, July 10, 2012;

WHEREAS, the June 22, 2012 Case Management Conference should be continued to allow the parties time to meet and confer to discuss settlement to a date following the July 10, 2012 status conference;

IT IS HEREBY STIPULATED, by and between the parties that the June 22, 2012 Case Management Conference should be continued due to the pending settlement discussions to August 10, 2012.

DATED: June 18, 2012     BY:   */s/ Alicia A. Adornato*
                                Alicia A. Adornato
                                Reed Smith LLP

                                *Attorneys for Plaintiff Michael Anthony Saavedra*

DATED: June 18, 2012     BY:   */s/Michael J. Quin*
                                Michael J. Quinn
                                Deputy Attorney General
                                (as authorized on June 15, 2012)

                                *Attorneys for Defendants Valdez, Martinez, Hughes, and Hedgpeth*

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

## ORDER

Because of the continuing settlement conference discussions, the June 22, 2012 Case Management Conference is continued to August 10, 2012.

**PURSUANT TO STIPULATION**, **IT IS SO ORDERED.**

Dated:  June 19, 2012



_____
The Honorable Charles R. Breyer
United States District Judge