UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| MICHAEL ANTHONY SAAVEDRA,<br><br>        Plaintiff,<br><br>  v.<br><br>A. HEDGPETH, et al.,<br><br>        Defendants.<br>_____/ | No. 3:09-CV-00178 CRB (NJV)<br><br>NOTICE AND ORDER VACATING<br>SETTLEMENT CONFERENCE |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the settlement conference scheduled in this matter for September 19, 2012, at Solano State Prison is VACATED. The settlement conference will be reset as soon as possible.

IT IS SO ORDERED.

Dated: August 2, 2012

_____
NANDOR J. VADAS
United States Magistrate Judge