J. David Bickham (SBN 145449)
Email: dbickham@reedsmith.com
Alicia A. Adornato (SBN 254228)
Email: aadornato@reedsmith.com
Tiffany M. Bui (SBN 281339)
Email: tbui@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone:   +1 415 543 8700
Facsimile:   +1 415 391 8269

Attorneys for Plaintiff
MICHAEL ANTHONY SAAVEDRA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL ANTHONY SAAVEDRA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>A. HEDGPETH, et al.,<br><br>　　　　　Defendants.. | Case No. C-09-0178 CRB (PR)<br><br>**PARTIES' STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Date:　　　August 10, 2012<br>Time:　　　8:30 a.m.<br>Place:　　　Courtroom 8<br>　　　　　　19th Floor<br><br>Complaint Filed:<br><br><br>Honorable Charles R. Breyer |

1   Plaintiff Michael Anthony Saavedra ("Plaintiff") and Defendants Anthony Hedgpeth, et al.
2   ("Defendants") (collectively, "the parties") hereby submit this Stipulation and [Proposed] Order to
3   Continue the Case Management Conference currently scheduled for August 10, 2012.

### STIPULATION

WHEREAS, at the April 22, 2012 Case Management Conference, the Court ordered the parties to attend a settlement conference before Magistrate Judge Vadas, and scheduled a second Case Management Conference for June 22, 2012;

WHEREAS, because the settlement conference had not yet occurred, the Court on June 20, 2012 continued the June 22, 2012 Case Management Conference to August 10, 2012;

WHEREAS, on June 13, 2012, Magistrate Judge Vadas issued an order instructing counsel to meet and confer to discuss settlement and setting a telephonic status conference for July 10, 2012;

WHEREAS, on June 25, 2012, Magistrate Judge Vadas continued the status conference scheduled for July 10, 2012 to July 31, 2012 to allow the parties adequate time to meet and confer to discuss settlement;

WHEREAS, at the July 31, 2012 status conference, Magistrate Judge Vadas scheduled a settlement conference on September 19, 2012 to be held at Solano State Prison;

WHEREAS, on August 2, 2012, Magistrate Judge Vadas vacated the September 19 settlement conference and indicated that the settlement conference would be reset as soon as possible;

WHEREAS, the settlement conference has not yet been rescheduled;

WHEREAS, the August 10, 2012 Case Management Conference should be continued in the interests of judicial economy due to the upcoming settlement conference;

IT IS HEREBY STIPULATED, by and between the parties that the August 10, 2012 Case Management Conference should be continued due to the pending settlement discussions and conference to October 26, 2012.

DATED: August 3, 2012          BY:   */s/ Alicia A. Adornato*
                                     Alicia A. Adornato
                                     Reed Smith LLP

|   |   |
|---|---|
| | *Attorneys for Plaintiff Michael Anthony Saavedra* |

DATED: August 3, 2012    BY:    /s/ Michael J. Quinn
                                                                      Michael J. Quinn
                                                                    Deputy Attorney General
                                                                  (as authorized on August 3, 2012)

*Attorneys for Defendants Valdez, Martinez, Hughes, and Hedgpeth*

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

ORDER

Because of the continuing settlement conference discussions, the August 10, 2012 Case Management Conference is continued to October 26, 2012.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: August _6, 2012



_____
The Honorable Charles R. Breyer
United States District Judge