IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL ANTHONY SAAVEDRA,

    Plaintiff,

    v

A. HEDGPETH, et al.,

    Defendants.

Case No C 09-178 CRB

REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING

A settlement conference in this matter was held on October 17, 2012 in San Francisco. The results of that proceeding are indicated below:

(1)   The following individuals, parties, and/or representatives participated in the proceeding, each possessing the requisite settlement authority:

☒ Plaintiff, Michael Saavedra, Pro Se by phone and Plaintiff's counsel, Alicia Adornato and John Pingel present

☐ Warden or warden's representative

☒ Office of the California Attorney General, Michael Quinn present

☐ Other: California Department of Corrections and Rehabilitation

(2) The following individuals, parties, and/or representatives did not appear:

(3) The outcome of the proceeding was:

☒ The case has been completely settled.  Parties will meet on December 4, 2012 at 1:00 pm by telephone for a status conference if an Order of dismissal has not been submitted to Judge Breyer by that time.  Appearance instructions, should a status conference be required, are as follows: Dial 888-684-8852, enter access code 1868782 and security code 7416.

☐ The case has been partially resolved and, on or before _____, counsel for defendants shall file a joint stipulation specifying those claims which have been resolved and those that remain to be resolved by the Court.

☐ The parties agree to an additional follow up settlement on _____.

☐ The parties are unable to reach an agreement at this time.

Date:  October 18, 2012                              _____
                                                                    Nandor J Vadas
                                                                    United States Magistrate Judge