J. David Bickham (SBN 145449)
Email: dbickham@reedsmith.com
Alicia A. Adornato (SBN 254228)
Email: aadornato@reedsmith.com
John D. Pingel (SBN 267310)
Email: jpingel@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

Attorneys for Plaintiff
MICHAEL ANTHONY SAAVEDRA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL ANTHONY SAAVEDRA,<br><br>Plaintiff,<br><br>vs.<br><br>A. HEDGPETH, et al.,<br><br>Defendants.. | Case No. C-09-0178 CRB (PR)<br><br>**PARTIES' STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br><u>Currently Scheduled CMC:</u><br>Date: December 7, 2012<br>Time: 8:30 a.m.<br>Place: Courtroom 8<br>19th Floor<br><br>Complaint Filed: January 14, 2009<br><br>Honorable Charles R. Breyer |

Plaintiff Michael Anthony Saavedra ("Plaintiff") and Defendants Anthony Hedgpeth, et al. ("Defendants") (collectively, "the parties") hereby submit this Stipulation and [Proposed] Order to Continue the Case Management Conference currently scheduled for December 7, 2012.

## STIPULATION

WHEREAS, on October 17, 2012, the Parties conducted a Settlement Conference before Magistrate Judge Vadas, at which the Parties reached a tentative settlement of this lawsuit;

WHEREAS, counsel for the Parties have worked since the Settlement Conference to reach final terms for the settlement agreement, but have not yet agreed on final terms;

WHEREAS, Plaintiff's counsel's offices are in San Francisco, California, and Plaintiff is incarcerated in the Segregated Housing Unit at Corcoran State Prison, a round trip distance of approximately 500-miles;

WHEREAS, Plaintiff's counsel's communication with Plaintiff for the purpose of discussing and approving settlement terms has been limited to US mail, which is delayed by the prison security screening system;

WHEREAS, the Parties have requested Magistrate Judge Nandor Vadas continue the currently scheduled December 4, 2012 telephonic status conference be continued in the interests of judicial economy due to the near final resolution of this matter;

WHEREAS, the Parties agree that the December 7, 2012 Case Management Conference should be continued in the interests of judicial economy due to the near final resolution of this matter;

IT IS HEREBY STIPULATED, by and between the parties that the December 7, 2012 Case Management Conference should be continued due to the pending settlement discussions until January 18, 2013 in order to allow sufficient time for the parties to resolve this matter.

DATED: November 29, 2012    BY:    /s/ Alicia Adornato
                                   Alicia A. Adornato
                                   Reed Smith LLP
                                   *Pro Bono Attorneys for Plaintiff Michael Anthony Saavedra*

| | | | |
|---|---|---|---|
|1| DATED: November 29, 2012 | BY: | _/s/Michael Quinn_ |
|2| | | Michael J. Quinn |
| | | | Deputy Attorney General |
|3| | | (as authorized on November 29, 2012) |
| | | | *Attorneys for Defendants Valdez, Martinez,* |
|4| | | *Hughes, and Hedgpeth* |

ORDER

Because of the continuing settlement discussions, the December 7, 2012 Case Management Conference is continued to January 18, 2013.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: ~~November~~ December 3, 2012



The Honorable
United S...

Case No. C-09-0178 CRB (PR) — 4 —
PARTIES' STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE