# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# CIVIL MINUTE ORDER

**CASE NO. C 09-00178 CRB (NJV)**

**CASE NAME:** MICHAEL A SAAVEDRA v. A HEDGPETH

| | |
|---|---|
| **MAGISTRATE JUDGE NANDOR J VADAS** | **COURTROOM DEPUTY:** Karen Hom |
| **DATE:** December 18, 2012    **TIME:** 2 M | **COURT REPORTER:** Connie Kuhl |
| **COUNSEL FOR PLAINTIFF:**<br>John Pingel (T)* | **COUNSEL FOR DEFENDANT:**<br>Michael James Quinn (T)* |

| **PROCEEDINGS:** | **RULING:** |
|---|---|
| 1. Telephonic Status Conference re: Settlement | Held. |

**ORDERED AFTER HEARING:**

**NOTES:** Matter has been resolved and taken off calendar. Parties will file their dismissal before Judge Breyer.

___

**ORDER TO BE PREPARED BY:**   () Plaintiff   () Defendant   () Court

**CASE CONTINUED TO:**          at 1:30 p.m., for a further case mgmt conference.

| | | |
|---|---|---|
| **Number of Depos:** | **Number of Experts:** | **Discovery Cutoff:** |
| **Expert Disclosure:** | **Expert Rebuttal:** | **Expert Discovery Cutoff:** |
| **Motions Hearing:**    at 9:30 a.m. | | **Pretrial Conference:**    at 1:30 p.m. |
| **Trial Date:**    at 8:30 a.m.  ()Jury  ()Court    Set for    days | | |

**cc:**   Chambers; Karen
* (T) = Telephonic Appearance