KAMALA D. HARRIS
Attorney General of California
THOMAS S. PATTERSON
Supervising Deputy Attorney General
MICHAEL J. QUINN
Deputy Attorney General
State Bar No. 209542
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 703-5726
  Fax:  (415) 703-5843
  E-mail:  Michael.Quinn@doj.ca.gov
*Attorneys for Defendants Valdez, Martinez, Hughes,
and Hedgpeth*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **MICHAEL ANTHONY SAAVEDRA,**<br><br>Plaintiff,<br><br>v.<br><br>**A. HEDGPETH, et al.,**<br><br>Defendants. | C 09-0178 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING THE SETTLEMENT PAYMENT** |

Plaintiff Michael Anthony Saavedra ("Plaintiff") and Defendants Anthony Hedgpeth, et al. ("Defendants") (collectively, "the Parties") hereby submit this Stipulation and [Proposed] Order Regarding the Settlement Payment.

## STIPULATION

1.     The Settlement Agreement that the parties entered into on December 19, 2012 provides that "CDCR will attempt to make the settlement payment as soon as reasonably possible, [but] the parties understand that this payment can take up to 180 days from the signing of this

1

settlement agreement.  Timing of the payment is contingent on funding, including the absence of

a state budget; additional delays may occur through no fault of CDCR."

2.     In its January 15, 2013 Order of Dismissal, this Court stated that the Order would

stand vacated and the case would be restored to the calendar to be set for trial if any party

certified to the Court that the settlement payment had not been delivered within thirty days of the

Order.

3.     The Parties acknowledge that, as provided in the settlement agreement, CDCR likely

will not be able to provide the settlement payment to Plaintiff within 30 days of the Order of

Dismissal.

THE PARTIES HEREBY STIPULATE and request that the Court (1) refrain from vacating

the January 15, 2013 Order of Dismissal if the settlement payment has not been made within 30

days of the Order, in order to allow sufficient time for CDCR to satisfy its settlement obligations,

and (2) amend the Order of Dismissal to provide that Plaintiff, between June 17, 2013 and July

17, 2013, may alert the Court if the settlement payment has not been paid as provided in the

Court's January 15, 2013 Order which will vacate the order of Dismissal and the matter shall be

restored to the calendar to be set for trial.


Dated:  February 4, 2013          ____/s/ Alicia Baiardo_____

ALICIA BAIARDO
REED SMITH LLP
Attorney for Plaintiff Michael Saavedra


Dated:  February 4, 2013          ____/s/ Michael J. Quinn_____

MICHAEL J. QUINN
Deputy Attorney General
Attorney for Defendants
Valdez, Martinez, Hughes, and Hedgpeth

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

In order to allow CDCR sufficient time to satisfy its settlement obligations, the Court's January 15, 2013 Order of Dismissal will not be vacated if the settlement payment has not been made within 30 days of the Order.  Furthermore, the Order is hereby amended to provide that Plaintiff, between June 17, 2013 and July 17, 2013, may certify to this Court that the agreed consideration has not been paid and the Order of Dismissal will thereby be vacated and the case be restored to the calendar and set for trial.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  February ___, 2013

_____
The Honorable Charles R. Breyer
United States District Court Judge

SF2009202306
20667278.doc

3