J. David Bickham (SBN 145449)
Email:  dbickham@reedsmith.com
Alicia A. Adornato (SBN 254228)
Email:  aadornato@reedsmith.com
John D. Pingel (SBN 267310)
Email:  jpingel@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA  94105-3659
Telephone:     +1 415 543 8700
Facsimile:     +1 415 391 8269

Attorneys for Plaintiff
MICHAEL ANTHONY SAAVEDRA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| MICHAEL ANTHONY SAAVEDRA, | Case No. C-09-0178 CRB (PR) |
|---|---|
| Plaintiff, | **NOTICE RE COURT'S JANUARY 15, 2013 ORDER OF DISMISSAL** |
| vs. | Complaint Filed:  January 14, 2009 |
| A. HEDGPETH, et al., | Honorable Charles R. Breyer |
| Defendants.. | |

As required by the Court's January 15, 2013 Order of Dismissal, Plaintiff Michael Anthony Saavedra ("Plaintiff") hereby provides notice that the agreed consideration for settlement has not yet been paid over.  However, the terms of the settlement agreement between the Parties provides 180 days, until June 17, 2013, for Defendants to make the settlement payment.  Plaintiff therefore requests – as set forth in the Parties' Stipulation filed Friday, February 8 2013 – that the Court


amend its Order of Dismissal to allow Defendants additional time to pay the agreed consideration as set forth in the Parties' settlement agreement.

DATED: January 15, 2013        BY:   */s/ Alicia Adornato*
                                     Alicia A. Adornato
                                     Reed Smith LLP
                                     *Pro Bono Attorneys for Plaintiff Michael Anthony Saavedra*